[No. 27161-3-II.   Division Two.   April 5, 2002.]

THOMAS W. ROARK, ET AL., *Appellants*, v. BRUCE DEKALB, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 99-2-03470-1, Robert L. Harris, J., entered March 2, 2001. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Seinfeld, J., concurred in by Quinn-Brintnall, A.C.J., and Houghton, J.

[No. 27187-7-II.   Division Two.   April 5, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH A. HARVILL, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 00-1-00554-0, David E. Foscue, J., entered March 12, 2001. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Seinfeld, J.

[No. 27227-0-II.   Division Two.   April 5, 2002.]

JAMES W. MOSS, ET AL., *Respondents*, v. JOE FAHEY, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Lewis County, No. 98-2-00463-9, David R. Draper, J., entered March 22, 2001. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Seinfeld, J.

[No. 27354-3-II.   Division Two.   April 5, 2002.]

D&D CONTRACTORS, INC., *Respondent*, v. WASHINGTON CREDIT UNION, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-2-12075-9, Bryan E. Chushcoff, J., entered May 4, 2001. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt, C.J., and Morgan, J.